IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,) <br> c/o United States Attorney's Office ) <br> 555 Fourth St., N.W., ) <br> Washington, DC 20530, ) <br> ) <br>         **Plaintiff,** ) <br> ) <br>     v. ) <br> ) <br> **2206 BERMONDSEY DRIVE** ) <br> **BOWIE, MD 20721,** ) <br> ) <br>         **Defendant.** ) <br> _____) | Civil Action No. 07- |

## **VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

Plaintiff, United States of America, by and through its attorney, the United States Attorney for the District of Columbia, brings this Complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules"):

## **NATURE OF THE ACTION**

1. This is a civil action, *in rem*, to forfeit and condemn to the use and benefit of the United States of America the following property: 2206 Bermondsey Drive, Bowie, Maryland 20721 ("the defendant property"), through enforcement of 18 U.S.C. § 981(a)(1)(A), which provides for forfeiture of any property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956, 1957 and/or 1960 (money laundering), or any property traceable to such property.

2. This action is also brought to enforce of 18 U.S.C. § 981(a)(1)(C), incorporating by reference § 1956(c)(7), incorporating by reference 18 U.S.C. § 1961(1), which provides for the

forfeiture of property constituting or derived from proceeds traceable to a "specified unlawful activity," including proceeds from a mail fraud scheme, in violation of 18 U.S.C. § 1341.

## THE DEFENDANT IN REM

3. The defendant property, **2206 Bermondsey Drive, Bowie, Maryland 20721**, is more fully described as:

> Lot numbered Eleven (11) in the Subdivision known as "Section One, Woodmore Meadows" as per plat thereof recorded in Plat 6 Book NLP 125 at Plat 63, among the Land Records of Prince George's County, Maryland.

## JURISDICTION AND VENUE

4. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

5. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b). Upon the filing of this Complaint, the government will serve notice on the defendant property pursuant to Rule G of the Supplemental Rules and 18 U.S.C. § 985(c)(1). In accordance with 18 U.S.C. § 985(b)(1)(A), the defendant property will not be seized until the entry of an order of forfeiture.

6. Venue is proper in this district by virtue of 28 U.S.C. § 1355(b)(1), because acts or omissions giving rise to the forfeiture occurred in this district.

## BASIS FOR FORFEITURE

7. Based on the facts set forth in this Complaint, there is reasonable cause to believe that the defendant property was funded with the proceeds of a fraud scheme and/or constitutes property involved in money laundering and/or a conspiracy to commit those offenses and is

subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), which provides for the forfeiture of property constituting or derived from proceeds traceable to mail fraud (in violation of 18 U.S.C. § 1341) and pursuant to 18 U.S.C. § 981(a)(1)(A), which provides for the forfeiture of any real or personal property that is involved in a money laundering offense in violation of 18 U.S.C. §§ 1956, 1957 and/or 1960.

8.  Harriette M. Walters, Diane Gustus and other known conspirators were employees at the Office of Tax and Revenue ("OTR"), which is part of the District of Columbia (D.C.) Office of the Chief Financial Officer ("OCFO").  Walters' title was Manager, Real Property Tax Administration Adjustment Unit at OTR.  Gustus worked in the Real Property Tax Administration Adjustment Unit, and reported to Walters.

9.  There is probable cause to believe that Harriette Walters, Diane Gustus, Jayrece Turnbull, and others known and unknown, did conspire to defraud the government of the District of Columbia of approximately $16,000,000 in funds.  Further there is probable cause to believe that they used stolen funds to purchase and/or make payments on several properties.  The Federal Bureau of Investigation has traced funds from this scheme into the purchase and/or maintenance of the defendant property, 2206 Bermondsey Drive, Bowie, Maryland 20721, owned by Jayrece Turnbull.

## BACKGROUND INFORMATION

10. The investigation revealed that from at least January 2001 through September 2007, there is reason to believe that Harriette Walters, Diane Gustus, Jayrece Turnbull, and others known and unknown, conspired together to defraud the government of the District of Columbia of more than $16,000,000 through fraudulently obtained property tax refund checks.  The

investigation reveals that more than $16,000,000 was deposited into bank accounts held by entities associated with conspirator Jayrece Turnbull, and others, based upon fraudulent submissions to OTR for property tax refunds. The entities associated with the conspirators appear to be fictitious or shell companies. The fraudulent property tax submissions were submitted and approved by some of conspirators, including Harriette Walters. Once the D.C. government checks were issued and deposited into the shell companies' bank accounts, the money was divided up between the conspirators and checks were obtained from these funds and were paid to vendors for items purchased with the proceeds of the fraud scheme.

11. The normal process by which property tax refunds are requested and issued is as follows. If a taxpayer (including a business) in the District of Columbia believes his/her tax assessment has been calculated incorrectly, he/she has the right to submit an appeal. If the taxpayer wins the appeal, the Real Property Adjustments Unit ("RPAU") submits a request for a refund check to be issued to the taxpayer. Supporting documentation usually accompanies the refund requests.

12. The investigation revealed that the conspirators submitted and approved false property tax refund requests. D.C. government checks were issued as a result. The D.C. government conducted an internal audit and have identified over 50 checks issued for property tax refunds that appear to have been written to shell companies controlled by conspirators for the purposes of stealing money from the D.C. government. So far, the investigation revealed that many of what appear to be false documents submitted for the purpose of obtaining fraudulent property tax refunds were reviewed and signed-off on by Harriette Walters. A review of was conducted regarding approximately 30 of these checks and the majority were deposited into

accounts under the control of Jayrece Turnbull at Bank of America and SunTrust Bank. In excess of $14,000,000 in proceeds from the scheme flowed through accounts controlled by Jayrece Turnbull before being disbursed to other accounts and conspirators. A large amount of proceeds from the scheme was deposited and remained in accounts controlled by Jayrece Turnbull.

13. On at least one occasion, in furtherance of the scheme to defraud, Jayrece Turnbull caused a document purporting to be from OTR to be mailed through the U.S. Postal Service to the defendant property, Turnbull's residence in Bowie, Maryland.

## FUNDS TO THE PROPERTY

14. On or about March 29, 2002, Jayrece Turnbull purchased the defendant property located at 2206 Bermondsey Drive, Bowie, Maryland 20721 for the purchase price of $327,000.00. At that time, Turnbull obtained a thirty year mortgage in the amount of $310,650.00 with Pacific Guarantee Mortgage. A review of Turnbull's credit history revealed that this mortgage was sold to Washington Mutual Bank.

15. The investigation revealed that between November 7, 2002 and January 24, 2005, approximately $3,429,000.75 was deposited or transferred into an account at Bank of America, account #xxxxxxx4488, controlled by Jayrece Turnbull. During that time frame, there were 60 payments made from that account to Washington Mutual, totaling $90,333.20.

16. The investigation revealed that between June 23, 2004 and August 31, 2007, there was approximately $1,490,623.99 deposited or transferred into a checking account, held by Jayrece Turnbull, Bank of America, account #xxxxxxxx2655. During that time frame, there were 47 payments made from that account to Washington Mutual, totaling $115,909.94.

17. A review of Bank of America, account # xxxxxxxx3993, held in the name of Legna Home Service, controlled by Jayrece Turnbull, revealed that Turnbull made two payments from that account to Washington Mutual, specifically, a $5,000 payment on August 17, 2005, and a $1,000 payment on October 11, 2005.

18. The payments to Washington Mutual from these three accounts controlled by Jayrece Turnbull, totaled $212,243.14. It appears that the defendant property's mortgage has been paid in full.

19. Based on the information contained in this Complaint, there is reasonable cause to believe that funds obtained by Jayrece Turnbull and other conspirators in their scheme to defraud the D.C. government were deposited in three Bank of America accounts controlled by Turnbull and that funds from those three accounts were used to make payments on the mortgage of the defendant property. Further, the funds used to pay a large portion of the mortgage on the defendant property were involved in monetary transactions which constitute property that was moved to conceal its source, location or ownership and thus the defendant property was involved in money laundering and is therefore, subject to forfeiture.

## COUNT I

20. All statements and averments made in paragraphs 1-19 are re-alleged and incorporated, herein, by reference.

21. As described above, the defendant property constitutes or is derived from proceeds traceable to violation of 18 U.S.C. § 1341.

22. By reason of the above-described facts, the defendant property is subject to forfeiture to the United States pursuant to the provisions of Title 18, U.S.C. § 981(a)(1)(C).

## **COUNT II**

23. All statements and averments made in paragraphs 1-19 are re-alleged and incorporated, herein, by reference.

24. The defendant property is subject to forfeiture because it was involved in a "financial transaction" as that term is defined by 18 U.S.C. § 1956(c)(4), the purpose of which was to conceal or disguise the nature, location, source, ownership or control of the proceeds of mail fraud (18 U.S.C. § 1341), a "specified unlawful activity" as that term is defined by 18 U.S.C. § 1956(c)(7).

25. As such, the defendant property was involved in money laundering transactions in violation of 18 U.S.C. § 1956(a)(1)(B)(i) and is, therefore, subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

**WHEREFORE**, the United States of America prays that notice issue on the defendant property as described above; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring that the defendant property be forfeited to the United States of America for disposition according to law; and that

the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

               Respectfully submitted,


/s/_____
JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498610


/s/_____
WILLIAM R. COWDEN
Assistant United States Attorney
D.C. Bar No. 426301


/s/_____
DIANE G. LUCAS
Assistant United States Attorney
D.C. Bar No. 443610
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7912

## **VERIFICATION**

I, Debra L. LaPrevotte, a Special Agent for the Federal Bureau of Investigation, hereby verify and declare under penalty of perjury that I have read the foregoing Verified Complaint for Forfeiture *In Rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent of the FBI.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____ day of November, 2007.

/s/_____
Debra L. LaPrevotte
Special Agent
Federal Bureau of Investigation

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS<br><br>United States of America | DEFENDANTS Property Described as<br><br>2206 Bermondsey Drive, BOwie, MD 20721 |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ☐ A. Antitrust | ☐ B. Personal Injury/ Malpractice | ☐ C. Administrative Agency Review | ☐ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>Social Security:<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>Other Statutes<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

| Real Property<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>Personal Property<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | Bankruptcy<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>Prisoner Petitions<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>Property Rights<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>Federal Tax Suits<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | Forfeiture/Penalty<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☒ 690 Other<br><br>Other Statutes<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

|  G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence |  H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* |  I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* |  J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
|  K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act |  L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other |  M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise |  N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

18 U.S.C. Sections 981 (a)(1)(A) and (a)(1)(C); 18 U.S.C. Sections 1956, 1957 and 1960 (money Laundering)

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint  **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☒ YES ☐ NO  If yes, please complete related case form.

DATE 11/13/2007   SIGNATURE OF ATTORNEY OF RECORD   Diane G. Lucas, AUSA

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.