# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **Civil Action No. 07-02048 (EGS)** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **2206 BERMONDSEY DRIVE** ) | |
| **BOWIE, MD  20721** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ENTRY OF APPEARANCE

The undersigned counsel hereby enter their appearance on behalf of Washington Mutual

Bank, formerly known as Washington Mutual Bank, FA, mortgagee claimant in this action.

RESPECTFULLY SUBMITTED,

Russell J. Pope
DC Bar No. 426865
Virginia W. Barnhart
DC Bar No.489161
POPE & HUGHES, P.A.
29 W. Susquehanna Ave., Suite 110
Towson, MD 21204
410-494-7777

Attorneys for Defendant, Washington Mutual Bank

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of January, 2008, a copy of the foregoing

Entry of Appearance was served via e-filing and first claim mail, upon:

> Jeffrey A. Taylor, United States Attorney
> William R. Cowden, Assistant United States Attorney
> Diane G. Lucas, Assistant United States Attorney
> 555 4th Street, N.W.
> Washington, DC 20530
> Attorneys for Plaintiffs

and by first class mail to

> Jayrece E. Turnbull
> 2206 Bermondsey Drive
> Bowie, MD 20721

Virginia W. Barnhart

2