IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                        )<br>                     Plaintiff,          )<br>                                                        )<br>vs.                                                  )<br>                                                        )<br>2206 BERMONDSEY DRIVE  )<br>BOWIE, MD  20721                   )<br>                                                        )<br>                    Defendant.       )<br>_____) | Civil Action No. 07-02048 (EGS) |

### CERTIFICATE OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS BY WASHINGTON MUTUAL BANK

Washington Mutual Bank, formerly known as Washington Mutual Bank, FA, by its undersigned attorneys, and pursuant to LCVR 7.1, hereby states that Washington Mutual Bank is an indirect wholly owned subsidiary of Washington Mutual, Inc. Washington Mutual, Inc. is a publicly traded company, trading on the New York Stock Exchange under the symbol "WM."

RESPECTFULLY SUBMITTED,

_____
Russell J. Pope
DC Bar No. 426865
Virginia W. Barnhart
DC Bar No.489161
POPE & HUGHES, P.A.
29 W. Susquehanna Ave., Suite 110
Towson, MD 21204
410-494-7777

Attorneys for Defendant, Washington Mutual Bank

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of January, 2008, a copy of the foregoing Certificate of Corporate Affiliations and Financial Interests was served via e-filing and first claim mail, upon:

>Jeffrey A. Taylor, United States Attorney
>William R. Cowden, Assistant United States Attorney
>Diane G. Lucas, Assistant United States Attorney
>555 4th Street, N.W.
>Washington, DC 20530
>Attorneys for Plaintiffs

and by first class mail to

>Jayrece E. Turnbull
>2206 Bermondsey Drive
>Bowie, MD 20721

_____
Virginia W. Barnhart

2