IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | Civil Action No. 07-02048 (EGS) |
| Plaintiff,        ) | |
| ) | |
| vs.                                              ) | |
| ) | |
| 2206 BERMONDSEY DRIVE        ) | |
| BOWIE, MD  20721                      ) | |
| ) | |
| Defendant.        ) | |
| _____) | |

## STIPULATION OF EXTENSION OF TIME TO FILE
## ANSWER OF WASHINGTON MUTUAL BANK

Claimant, Washington Mutual Bank, formerly known as Washington Mutual Bank, FA, (hereinafter "WAMU"), by its undersigned attorneys, and Plaintiff, United states of America, by its undersigned attorneys, hereby stipulate that the deadline for the filing of WAMU's answer herein is extended to and including February 7, 2008.

_____/s/_____
Russell J. Pope
DC Bar No. 426865
Virginia W. Barnhart
DC Bar No.489161
POPE & HUGHES, P.A.
29 W. Susquehanna Ave., Suite 110
Towson, MD 21204
410-494-7777
Attorneys for Defendant, Washington Mutual Bank

_____/s/_____
William R. Cowden, Asst. United States Attorney
555 4th Street, N.W.
Washington, DC  20530
(202) 307-0258
Attorney for Plaintiff, United State of America

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of January, 2008, a copy of the foregoing Stipulation was served via e-filing and first claim mail, upon:

>Jeffrey A. Taylor, United States Attorney
>William R. Cowden, Assistant United States Attorney
>Diane G. Lucas, Assistant United States Attorney
>555 4th Street, N.W.
>Washington, DC  20530
>Attorneys for Plaintiffs

and by first class mail to

>Jayrece E. Turnbull
>2206 Bermondsey Drive
>Bowie, MD 20721

_____
Virginia W. Barnhart