IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Civil Action No. 07-02048 (EGS)** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **2206 BERMONDSEY DRIVE** | ) | |
| **BOWIE, MD  20721** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## CONSENT MOTION REGARDING EXTENSION OF TIME TO FILE THE ANSWER OF WASHINGTON MUTUAL BANK

Claimant, Washington Mutual Bank, formerly known as Washington Mutual Bank, FA, (hereinafter "WAMU"), by its undersigned attorneys, hereby moves, with consent of the Plaintiff, United States of America, for an extension of the deadline for the filing of WAMU's answer herein to and including February 7, 2008.  Counsel for WAMU has been called away from the office due to a terminally ill relative. Counsel for the Plaintiff, United States of America, William R. Cowden, Assistant United States Attorney, has graciously consented to this extension request.

                                                  /s/
                                      Russell J. Pope
                                      DC Bar No. 426865
                                      Virginia W. Barnhart
                                      DC Bar No.489161
                                      POPE & HUGHES, P.A.
                                      29 W. Susquehanna Ave., Suite 110
                                      Towson, MD 21204
                                      410-494-7777
                                      Attorneys for Defendant, Washington Mutual Bank

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of January, 2008, a copy of the foregoing Consent Motion was served via e-filing and first claim mail, upon:

>Jeffrey A. Taylor, United States Attorney
>William R. Cowden, Assistant United States Attorney
>Diane G. Lucas, Assistant United States Attorney
>555 4th Street, N.W.
>Washington, DC  20530
>Attorneys for Plaintiffs

and by first class mail to

>Jayrece E. Turnbull
>2206 Bermondsey Drive
>Bowie, MD 20721

_____
Virginia W. Barnhart