UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 07–2048 (EGS) |
| **2206 BERMONDSEY DRIVE BOWIE, MD 20721,** | : | |
| Defendant. | : | |
| **WASHINGTON MUTUAL BANK,** | : | |
| Claimant. | : | |

## JOINT STATUS REPORT

To comply with this Court's order of April 8, 2008, counsel for plaintiff and counsel for claimant respectfully submit the following status report:

1. This is a civil forfeiture action brought *in rem* against the defendant property, 2206 Bermondsey Drive, Bowie, Maryland, 20721. Plaintiff, the United States of America, seeks an order declaring that the defendant property is forfeited to the United States government. Plaintiff has brought this action under 18 U.S.C. § 981(a)(1)(A), which permits forfeiture to the government of property involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956, 1957 and/or 1960 (money laundering), or any property traceable to such property, and/or 18 U.S.C. § 981(a)(1)(C), which permits forfeiture to the government of property constituting or derived from proceeds traceable to a "specified unlawful activity."

2. On February 7, 2008, through counsel, claimant, Washington Mutual Bank, filed an

Answer to the Complaint, claiming that it is a perfected lien holder of the mortgage of record against the defendant property.

3. Plaintiff and claimant are the only parties before the Court in this matter, and plaintiff does not expect any other party to join this case. The owner of the defendant property, Jayrece Turnbull, was indicted by a grand jury in the District Court for the District of Maryland on March 24, 2008, Case No. 08-137-AW. The owner has not filed a claim or answer in this matter, although she has been notified of this pending action.

4. On March 19, 2008, Plaintiff submitted to claimant Special Interrogatories pursuant to Supplemental Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. On April 30, 2008, Plaintiff received claimant's Answers to Interrogatories.

5. Plaintiff and claimant are in discussions regarding settlement of this matter and anticipate requesting that the Court permit sale of the defendant property. Because no other party has filed a claim against the defendant property, if the current parties reach an agreement, the plaintiff anticipates moving the Court for Judgment of Forfeiture.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR
DC Bar #498610
United States Attorney

/s/
RUSSELL J. POPE
DC Bar # 426865
POPE & HUGHES, P.A.

/s/
WILLIAM R. COWDEN
DC Bar # 426301
Assistant United States Attorney

/s/
VIRGINIA W. BARNHART
DC Bar # 489161
POPE & HUGHES

-2-

|  |  |
|---|---|
| /s/_____<br>DIANE G. LUCAS<br>Assistant United States Attorney<br>DC Bar #443610<br>555 4th Street N.W.<br>Washington, DC 20530<br>(202) 514-7912<br>Diane.Lucas@usdoj.gov<br>Counsel for Plaintiff United States | 29 W. Susquehanna Avenue<br>Suite 110<br>Towson, MD 21204<br>(410) 494-7777, ext. 215<br>(Counsel for claimant) |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, this JOINT STATUS REPORT was filed with the consent of counsel for the Claimants and transmitted through this Court's ECF system upon filing with the Court, and that this occurred on the 5th day of May, 2008.

                                      _____
                                      Diane G. Lucas
                                      Assistant U.S. Attorney